# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tommy E. Martin,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        3:06-cv-290

Mecklenburg Co. Park and Recreation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2006 Order.

                                     Signed: December 20, 2006

                                     Frank G. Johns, Clerk
                                     United States District Court