UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 CV 290

| | |
|---|---|
| TOMMY E. MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MECKLENBURG COUNTY PARK ) | |
| AND RECREATION DEPARTMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court upon Plaintiff's Motion to Reconsider. (Document #17). Plaintiff requests that the Court reconsider its September 20, 2006 Order in which the Court granted Defendants' Motion to Dismiss and/or for Judgment on the Pleadings. In that Order, the Court identified numerous structural problems with Plaintiff's case, including the fact that Plaintiff had released all claims against the Defendant, and the Plaintiff's suit was barred by the applicable statute of limitations.

Plaintiff's Motion to Reconsider, even if taken as true, fails to allege any facts that would rectify these structural problems.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration is hereby DENIED.

Signed: January 10, 2007

.

Graham C. Mullen
United States District Judge